AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Secular Student Alliance, Declan Galli ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-169 |
| U.S. Department of Education, Sec'y of Education ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Secular Student Alliance and Declan Galli.

Date:   01/19/2021

/s/ Geoffrey T. Blackwell
*Attorney's signature*

Geoffrey T. Blackwell, Bar No. NJ029
*Printed name and bar number*
American Atheists Legal Center
1201 S. Courthouse Rd. #425
Arlington, VA 22204

*Address*

gblackwell@atheists.org
*E-mail address*

(908) 276-7300
*Telephone number*

*FAX number*