IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECULAR STUDENT ALLIANCE, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

    Defendants.

CASE NO.: 1:21-cv-00169-ABJ

**DEFENDANTS' SECOND SUPPLEMENT TO
THE PARTIES' FEBRUARY 21, 2024 JOINT STATUS REPORT**

Defendants hereby submit the following status report in accordance with the Court's March 11, 2024 Minute Order:

1. On February 21, 2024, the Parties submitted a Joint Status Report updating the Court on Defendants' progress towards completing the rulemaking proposed by the February 23, 2023 Notice of Proposed Rulemaking ("NPRM"), entitled "Direct Grant Programs, State-Administered Formula Grant Programs." 88 Fed. Reg. 10,857.

2. On February 23, 2024, the Court ordered Defendants to "supplement the joint status report . . . by February 28, 2024 with more information concerning the anticipated timetable for the completion of [the rulemaking]." Minute Order (Feb. 23, 2024).

3. On February 28, 2024, Defendants filed a supplement to the parties' February 21, 2024 Joint Status Report. In that supplement, Defendants indicated that they have "continued to diligently work towards issuance of a final rule, but are facing capacity constraints and therefore have not been able to complete the rulemaking to date, despite their continued efforts and desire to issue a final rule." ECF No. 41, ¶ 5.

4. Defendants further indicated that, "while Defendants' rulemaking process is ongoing, the Department of Education is unable to provide non-privileged information about a specific timeline for issuance of a final rule." *Id.* ¶ 6.

5. The status of Defendants' rulemaking has not changed substantially since the filing of its February 28, 2024 status report.

6. Accordingly, counsel for the Parties conferred, and counsel for Defendants is authorized to represent that the Parties jointly agree upon the following schedule for resolution of Plaintiffs' motion for partial summary judgment, if amenable to the Court:

- May 3, 2024: Defendants' answer to Plaintiff's complaint;

- May 10, 2024: Defendants' opposition to Plaintiffs' motion for partial motion for summary judgment and cross motion for partial summary judgment on those claims;

- June 14, 2024: Plaintiffs' reply in support of their motion for partial summary judgment and opposition to Defendants' motion for partial summary judgment; and

- July 12, 2024: Defendants' reply in support of its motion for partial summary judgment.

Dated: April 12, 2024                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

  */s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
Trial Attorney (GA Bar No. 539498)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, D.C. 20005
Tel: (202) 514-1280
rachael.westmoreland@usdoj.gov