## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

SECULAR STUDENT ALLIANCE and )
DECLAN A. GALLI, )
                    *Plaintiffs*, )
     v. ) Case No. 1:21-cv-00169-ABJ
                             )
U.S. DEPARTMENT OF EDUCATION, et al, )
                    *Defendants*. )

### NOTICE OF WITHDRAWAL OF BRADLEY GIRARD

In accordance with Local Rule 83.6(b), Bradley Girard withdraws his appearance as counsel for Plaintiffs Secular Student Alliance and Declan A. Galli. Plaintiffs continue to be represented in this action by other attorneys who have previously appeared on their behalf.

August 2, 2024.

                                                          /s/ *Bradley Girard*
                                                          Bradley Girard (D.C. Bar No. 1033743)
                                                          1310 L Street, N.W., Suite 200
                                                          Washington, D.C. 20005
                                                          (202) 466-3234
                                                          girard@au.org
Consent by Plaintiffs:                           *Attorney for Plaintiffs*

Secular Student Alliance

by _____
        Kevin Bolling

_____
        Declan A. Galli

### CERTIFICATE OF SERVICE

I certify that, on August 2, 2024, this document was filed using the Court's CM/ECF System, which will serve all counsel of record.

                                                              By: /s/ *Bradley Girard*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

SECULAR STUDENT ALLIANCE and )
DECLAN A. GALLI, )
)
        *Plaintiffs*, )
    v. )   Case No. 1:21-cv-00169-ABJ
)
U.S. DEPARTMENT OF EDUCATION, et al, )
)
        *Defendants.* )

## NOTICE OF WITHDRAWAL OF BRADLEY GIRARD

In accordance with Local Rule 83.6(b), Bradley Girard withdraws his appearance as counsel for Plaintiffs Secular Student Alliance and Declan A. Galli. Plaintiffs continue to be represented in this action by other attorneys who have previously appeared on their behalf.

August 2, 2024.

                                              /s/ Bradley Girard
                                              Bradley Girard (D.C. Bar No. 1033743)
                                              1310 L Street, N.W., Suite 200
                                              Washington, D.C. 20005
                                              (202) 466-3234
                                              girard@au.org
Consent by Plaintiffs:                       *Attorney for Plaintiffs*

Secular Student Alliance

by _____
        Kevin Bolling

_____
    Declan A. Galli

## CERTIFICATE OF SERVICE

I certify that, on August 2, 2024, this document was filed using the Court's CM/ECF System, which will serve all counsel of record.

                                              By: /s/ Bradley Girard

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

SECULAR STUDENT ALLIANCE and
DECLAN A. GALLI,

    Plaintiffs,

v.            Case No. 1:21-cv-00169-ABJ

U.S. DEPARTMENT OF EDUCATION, et al,

    Defendants.

## NOTICE OF WITHDRAWAL OF BRADLEY GIRARD

In accordance with Local Rule 83.6(b), Bradley Girard withdraws his appearance as counsel for Plaintiffs Secular Student Alliance and Declan A. Galli. Plaintiffs continue to be represented in this action by other attorneys who have previously appeared on their behalf.

August 2, 2024.

                /s/ *Bradley Girard*
                Bradley Girard (D.C. Bar No. 1033743)
                1310 L Street, N.W., Suite 200
                Washington, D.C. 20005
                (202) 466-3234
                girard@au.org
                *Attorney for Plaintiffs*

Consent by Plaintiffs:

Secular Student Alliance

by _____
   Kevin Bolling

_____
   Declan A. Galli

## CERTIFICATE OF SERVICE

I certify that, on August 2, 2024, this document was filed using the Court's CM/ECF System, which will serve all counsel of record.

                By: /s/ *Bradley Girard*