UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECULAR STUDENT ALLIANCE and DECLAN A. GALLI,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and SECRETARY OF EDUCATION,<br><br>Defendants. | Case No. 1:21-cv-00169-ABJ |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT**

Plaintiffs in the above-referenced case, through their undersigned counsel, urge the Court *not* to require the additional status report proposed by Defendants in their Status Report dated December 6, 2024. (ECF No. 56, ¶ 3). An additional status report is unnecessary and would only cause further delay in a case that has been pending before the Court for nearly four years.

Defendants state in their most recent Status Report that that they "do not anticipate publication" of the final "Direct Grant Programs, State-Administered Formula Grant Programs" rule (the "Biden Rule"), 88 Fed. Reg. 10,857, "prior to the change in presidential administration on January 20, 2025." (ECF No. 56, ¶ 2). In fact, publication prior to January 20, 2025, is all but impossible. Prior to publication, the Biden Rule must be reviewed by the Office of Information and Regulatory Affairs. *See* 88 Fed. Reg. 10,857, 10,862. OIRA then has 90 days to review the Biden Rule before returning it to Defendants for publication. *See* Exec. Order 12866, § 6(b)(2)(B).

1

Only 41 days remain in the Biden Administration and Defendants have not yet submitted the Biden Rule to OIRA for its review. It is readily apparent that final publication of the Biden Rule will not happen prior to January 20, 2025.

The existing rule challenged by Plaintiffs in this matter (the "Trump Rule") was instituted in the waning days of the first Trump Administration. (ECF No. 12-1, ¶ 1). On January 20, 2025, the Trump Administration will once again helm the Department. There is no reason to expect the incoming administration to advance the Biden Rule any further.

Because further status reports will not be of use in resolving this matter, Plaintiffs urge the Court to resolve the pending motions so that this case may proceed accordingly.

Dated: December 10, 2024                Respectfully submitted,

/s/ *Jenny Samuels*
JENNY SAMUELS
Americans United for Separation of
   Church and State
1310 L Street NW, Suite 200
Washington, D.C. 20005
(202) 466-7308

GEOFFREY T. BLACKWELL
American Atheists
1517 N. Stillman St., #2
Philadelphia, PA 19121
(908) 603-8787

*Counsel for Plaintiffs*