UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECULAR STUDENT ALLIANCE and DECLAN A. GALLI, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION and SECRETARY OF EDUCATION, <br><br> Defendants. | Case No. 1:21-cv-00169-ABJ |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Secular Student Alliance and Declan A. Galli and Defendants U.S. Department of Education and Secretary of Education stipulate to the dismissal of all remaining claims against Defendants. Because Defendants have not asserted any counterclaims and there are no other defendants, this case may now be dismissed. Plaintiffs and Defendants are to bear their own costs, expenses, and attorneys' fees.

> **Commented [JS1]:** Do we need to get any more formal consent for dismissal?
>
> **Commented [JS2]:** My understanding is that the court's ruling on the cross-summary judgment motions was an adjudication on the merits and thus was with prejudice. That means that we can only ask for dismissal without prejudice as to the remaining claims. Language here reflects my thinking, but please let me know if you disagree!

1

Dated: February 18, 2025                           Respectfully submitted,

/s/ *Jenny Samuels*                                /s/ *Cameron Silverberg*
JENNY SAMUELS                                      CAMERON SILVERBERG
Americans United for Separation of                 Trial Attorney (D.C. Bar No. 1780628)
   Church and State                                U.S. Department of Justice
1310 L Street NW, Suite 200                        Civil Division, Federal Programs
Washington, D.C. 20005                             Branch
(202) 466-7308                                     1100 L Street NW
                                                   Washington, D.C. 20005
GEOFFREY T. BLACKWELL                              Tel: (202) 353-9265
American Atheists
P.O. Box 58637                                     *Counsel for Defendants*
Philadelphia, PA 19102
(908) 603-8787

*Counsel for Plaintiffs*

2