## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECULAR STUDENT ALLIANCE and DECLAN A. GALLI,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and SECRETARY OF EDUCATION,<br><br>Defendants. | Case No. 1:21-cv-00169-ABJ |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Secular Student Alliance and Declan A. Galli and Defendants U.S. Department of Education and Secretary of Education stipulate to the dismissal of all remaining claims against Defendants. Because Defendants have not asserted any counterclaims and there are no other defendants, this case may now be dismissed. Plaintiffs and Defendants are to bear their own costs, expenses, and attorneys' fees.

2

Dated: February 18, 2025					Respectfully submitted,


/s/ *Jenny Samuels*						*/s/ Cameron Silverberg*
JENNY SAMUELS						CAMERON SILVERBERG
Americans United for Separation of			Trial Attorney (D.C. Bar No. 1780628)
  Church and State					U.S. Department of Justice
1310 L Street NW, Suite 200				Civil Division, Federal Programs
Washington, D.C. 20005					Branch
(202) 466-7308						1100 L Street NW
							Washington, D.C. 20005
							Tel: (202) 353-9265
GEOFFREY T. BLACKWELL
American Atheists						*Counsel for Defendants*
P.O. Box 58637
Philadelphia, PA 19102
(908) 603-8787


*Counsel for Plaintiffs*